```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   EASTERN DISTRICT OF CALIFORNIA
10                          ----oo0oo----
11  LARRY TEVIS and NANCY TEVIS,
                                        NO. CIV. 08-1787 WBS
12           Appellants,
                                        BANKRUPTCY NO. 04-26357 B13J
13       v.                             ADVERSARY NO. 08-02004-B
14  CALIFORNIA DEPARTMENT OF
    VETERANS AFFAIRS; DANIEL EGAN;
15  LAW OFFICES OF PAUL CASS; JAMIE
    ERRECART; HANSEN, CULHANE,
16  KOHLS, JONES & SOMMER LLP; LAW
    OFFICES OF PETER GALGANI;
17  AMERICAN TITLE COMPANY; MICHAEL
    BURKHART; and U.S. TRUSTEE,
18
             Appellees.
19  _____/
    LARRY TEVIS and NANCY TEVIS,
20                                      NO. CIV. 08-2265 WBS

21           Appellants,                BANKRUPTCY NO. 04-26357 B13J
                                        ADVERSARY NO. 08-02004
22       v.
                                        ORDER
23  PAUL CASS; JAN P. JOHNSON, and
    U.S. TRUSTEE,
24
             Appellees.
25  _____/
26                          ----oo0oo----
27          The undersigned judge hereby recuses himself in each of
28  these bankruptcy appeals, and these matters are referred to the Office
```

1

PDF created with pdfFactory trial version www.pdffactory.com

1 | of the Clerk for reassignment to another judge.
2 | DATED:  January 16, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER OF REASSIGNMENT

These matters are hereby reassigned to the Honorable Garland E. Burrell, Jr.

2

PDF created with pdfFactory trial version www.pdffactory.com