UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LARRY TEVIS; NANCY TEVIS,       )
                                )       2:08-cv-01787-GEB
            Plaintiffs,         )
                                )
        v.                      )       ORDER
                                )
CALIFORNIA DEPARTMENT OF VETERANS )
AFFAIRS,                        )
                                )
            Defendant.          )
_____)

        Larry and Nancy Tevis shall explain in a document required to be filed on or before February 20, 2009, why the appeal in this case should not be dismissed because of the failure to pay the filing fee.

        IT IS SO ORDERED.

Dated:  February 5, 2009


                        _____
                        GARLAND E. BURRELL, JR.
                        United States District Judge

1