UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LARRY TEVIS; and NANCY TEVIS,  )
                                )   2:08-cv-01787-GEB
            Appellants,         )
                                )   ORDER
        v.                      )
                                )
CALIFORNIA DEPARTMENT OF VETERANS )
AFFAIRS; DANIEL EGAN; LAW OFFICES)
OF PAUL CASS; JAMIE ERRECART;   )
HANSEN, CULHANE, KOHLS, JONES & )
SOMMER LLP; LAW OFFICES OF PETER )
GALGANI; AMERICAN TITLE COMPANY; )
MICHAEL BURKHART; U.S. TRUSTEE, )
                                )
            Appellees.          )
_____)

If Appellants fail to file the required filing fee in this action on or before March 12, 2009, or a completed application to proceed in forma pauperis on appeal on or before March 12, 2009, the appeal will be dismissed.

IT IS SO ORDERED.

Dated: March 3, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1